**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Marvin SMITH, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1978.
Decided Oct. 16, 1978.
Reargument Denied Nov. 8, 1978.

Robert Davis Gleason, Johnstown, for appellant.

D. Gerard Long, Dist. Atty., Ebensburg, Ralph F. Kraft, Johnstown, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

Judgment of sentence affirmed.